UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG,<br><br>  Plaintiff,<br><br>  v.<br><br>EZERY BEAUCHAMP, et al.,<br><br>  Defendants. | Case No. 19-cv-07068-JSW<br><br>**JUDGMENT** |

Pursuant to the Court's Order dismissing the complaint with prejudice, JUDGMENT is HEREBY ENTERED in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 19, 2021

_____
JEFFREY S. WHITE
United States District Judge